# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| JOHNNY CASAS and DUANE ISHMAN, | § § § § | |
| Plaintiffs, | § § | Case No. 1:16-cv-00614-LY |
| v. | § § | |
| FINANCIAL CORPORATION OF AMERICA, | § § § | |
| Defendant. | § § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, Financial Corporation of America ("FCOA"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that FCOA and plaintiffs, Johnny Casas and Duane Ishman (collectively "plaintiffs"), have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully Submitted,

    /s/ Whitney L. White
    Whitney L. White
    TX Bar No. 24075269
    Sessions, Fishman, Nathan & Israel, L.L.C.
    900 Jackson Street, Suite 440
    Dallas, TX  75202-4473
    Telephone: (214) 741-3001
    Facsimile: (214) 741-3055
    E-mail: wwhite@sessions.legal

    *Attorney for Defendant,*

*Financial Corporation of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Texas and served via CM/ECF upon the following:

Jarrett L. Ellzey
W. Craft Hughes
Hughes Ellzey, LLP
2700 Post Oak Blvd, Suite 1120
Houston, TX 77056
Telephone: (713) 554-2377
Facsimile: (888) 995-3335
jarrett@hughesellzey.com
craft@hughesellzey.com

Bryant Fitts
Fitts Law Firm, PLLC
2700 Post Oak Blvd, Suite 1120
Houston, TX 77056
Telephone: (713) 871-1670
Facsimile: (713) 583-1492
bfitts@fittslawfirm.com

/s/ Whitney L. White
Whitney L. White