IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2017 MAR ~8  AM 11:51

CLERK ... 
WESTER... 
BY_____

| | | |
|---|---|---|
| JOHNNY CASAS | § | |
| AND DUANE ISHMAN, | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | CAUSE NO. 1:16-CV-614-LY |
| | § | |
| FINANCIAL CORPORATION | § | |
| OF AMERICA, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause.  On this same date, the court

rendered an order dismissing this cause with prejudice.  As nothing remains to resolve, the

court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of March, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE